FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ NOV 28 2011 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MOHAMMAD DAUD,

                  Plaintiff,

  -against-

DEPARTMENT OF HOMELAND SECURITY
U.S. CITIZENSHIP AND NATURALIZATION
SERVICES,

                  Defendants.
----------------------------------------------------------------X

JUDGMENT
11-MC- 0209 (JBW)

      An Order of Honorable Jack B. Weinstein, United States District Judge, having been filed on November 23, 2011, dismissing the action and all claims arising therefrom with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure; and ordering that each party is to bear its own costs, fees, including attorney's fees, and disbursements; it is

      ORDERED and ADJUDGED that the action and all claims arising therefrom are dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure; and that each party is to bear its own costs, fees. including attorney's fees, and disbursements.

Dated: Brooklyn, New York
       November 23, 2011

s/Douglas C. Plamer

DOUGLAS C. PALMER
Clerk of Court